FILED
2023 OCT 23 A
GUILFORD CO., C.S.C.
BY_____ DW

NORTH CAROLINA             IN THE GENERAL COURT OF JUSTICE
GUILFORD COUNTY           SUPERIOR COURT DIVISION
                                                23CvS8864

ANNA CABELL,                        )
                                          )
        Plaintiff,                 )
-v-                                           )     COMPLAINT
OLLIE'S BARGAIN OUTLET, INC.,     )
                                          )
       Defendant.              )

**COMES NOW** THE PLAINTIFF COMPLAINING OF THE DEFENDANT, alleges and says:

1. That the Plaintiff is a resident of Guilford County North Carolina.

2. That the Defendant is a corporate entity which is authorized to do business in the state of North Carolina and was doing so at all times here at question.

3. That the Defendant operates a general merchandise outlet store in the city of Greensboro, North Carolina.

4. That on or about the 21st day of October 2021 the Plaintiff was a shopper in the Defendant's place of business and while shopping remained at all times within areas of the store where persons shopping were permitted to be.

5. That the said store is arranged with rows of shelving most of which is arrayed with merchandise such that the condition of the edges and underside of said shelving cannot be readily discerned.

6. That at this particular location some of the shelving is aged such that at the end of aisles there is sometimes jagged edges which said jagged edges are capable of cutting and bruising customers who may be turning the corner of an aisle and for any reason getting a foot too near or just beneath the edge of this shelving as they are turning to go into the next aisle.

7. That the Defendant knew or with a reasonable amount of discernment could and should have known that when a customer entering one of these aisles encountered a customer who might be exiting the same aisle at or about the same time that this could very easily lead to said customer coming into contact with the jagged edge of the shelving as described hereinabove.

8. That such was the sequence of events as the Plaintiff was entering an aisle while encountering a customer exiting the same aisle and hence got her foot caught beneath the jagged edge of the shelving thereby leading to her injury.

9. That when the Plaintiff caught her foot beneath the shelving the jagged edge caught her shoe causing her to fall forward and in the process of falling forward, she injured her hand and wrist to the extent that medical treatment was made necessary.

10. That the act of falling as well as the resulting injury and medical treatments were all a sole, proximate and necessary result of the Defendants negligence in that the Defendant failed to maintain its' store and its shelving in a safe condition for its customers as it has a duty to do under the laws of the state of North Carolina.

11. That by reason of the Defendants negligence as set forth herein the Plaintiff has the right to recover damages of the Defendant for, her injury, suffering and pain emanating from said injury, costs of medical expenses as well as all such remedies made possible by the laws of the State of North Carolina.

12. That at all times here in question the Plaintiff was keeping a proper lookout for where she was proceeding and was not in any way responsible for the injury that she suffered and has taken all steps recommended by her treating physicians to address a full recovery.

WHEREFORE THE PREMISE STATED, The Plaintiff prays to the court that she have and recover the following relief.

1. A sum greater than $25,000.00 as compensation for medical expenses, pain, suffering, mental anguish and personal injury.

2. That she have and recover the costs associated with prosecuting this action.

3. That she have and recover such other and further relief as the court may deem just and appropriate.

This the 9 day of October 2023

By: _____
Kenneth M. Johnson
Attorney For Plaintiff
NC State Bar #6230

Of Counsel:
Kenneth M. Johnson, P.A.
701 East Market Street
Greensboro, NC 27401
Telephone: (336) 272-8273